### 14403. PLESS *v.* THE STATE.

BROYLES, C. J.    The bill of exceptions shows that two separate cases against the same defendant were by agreement tried together; that there were two separate verdicts of guilty, two separate judgments,

two separate motions for a new trial, and two separate orders overruling the motions. The defendant seeks in this bill of exceptions to have both of these judgments reversed. This cannot be done. *Fillingame* v. *State*, 27 *Ga. App.* 764 (109 S. E. 916); *Bridges* v. *State*, 27 *Ga. App.* 767 (110 S. E. 412).

> *Writ of error dismissed. Luke and Bloodworth, JJ., concur.*
>             DECIDED MAY 15, 1923.

Indictment for making liquor; from Fulton superior court — Judge Humphries. February 17, 1923.

*H. A. Allen,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.